AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Central District of California

| | |
|---|---|
| PEOPLE OF LOS ANGELES COUNTY WHO ARE BEING AND WHO HAVE BEEN PENALLY CONFINED IN PRE-TRIAL DETENTION BECAUSE (see next pages for full caption) *Plaintiff(s)* v. SUPERIOR COURT OF LOS ANGELES COUNTY, its PRESIDING JUDGE, ERIC TAYLOR, and TEN UNKNOWN, NAMED DEFENDANTS, 1-10, *Defendant(s)* | Civil Action No. CV 22-03436-MWF-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SUPERIOR COURT OF LOS ANGELES COUNTY, its PRESIDING JUDGE, ERIC TAYLOR, and TEN UNKNOWN, NAMED DEFENDANTS, 1-10,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> STEPHEN YAGMAN (SBN 69737)
> YAGMAN + REICHMANN, LLP
> 333 Washington Boulevard
> Venice Beach, California 90292-5152
> (310)452-3200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 9, 2022

Signature of Clerk or Deputy Clerk

STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiffs, Mark Munoz, Daniel Shannon, Jahleele Stanley, Trevor Shivers, Jose Cabrera, Samuel Cano, Victor Lopez, Eriberto Guzman, and Class Members

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF LOS ANGELES COUNTY WHO ARE BEING AND WHO HAVE BEEN PENALLY CONFINED IN PRE-TRIAL DETENTION BECAUSE OF AND DEPENDENT ON THEIR BAIL SET ABOVE THEIR INABILITY TO PAY BAIL, BY MARK MUNOZ, JAHLEELE STANLEY, TREVOR SHIVERS, JOSE CABRERA, SAMUEL CANO, VICTOR LOPEZ, ERIBERTO GUZMAN, and CLASS MEMBERS,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR COURT OF LOS ANGELES COUNTY, its PRESIDING JUDGE, ERIC TAYLOR, and TEN UNKNOWN, NAMED DEFENDANTS, 1-10,<br><br>Defendants. | **COMPLAINT**<br><br>(Declaratory and Injunctive Relief, 42 U.S.C. § 1983)<br><br><br>**CLASS ACTION ALLEGATIONS; REVERSE CLASS ACTION ALLEGATIONS**<br><br><br>**JURY DEMAND** |

1

|   |   |
|---|---|
| 1 |   |
| 2 | *****<br>PEOPLE OF LOS ANGELES COUNTY |
| 3 | AND OF CALIFORNIA, WHO ARE BEING<br>AND WHO HAVE BEEN PENALLY |
| 4 | CONFINED IN PRE-TRIAL DETENTION<br>BECAUSE OF AND DEPENDENT ON |
| 5 | THEIR BAIL SET ABOVE THEIR<br>INABILITY TO PAY BAIL, BY MARK |
| 6 | MUNOZ, JAHLEELE STANLEY, TREVOR<br>SHIVERS, JOSE CABRERA, SAMUEL |
| 7 | CANO, VICTOR LOPEZ, ERIBERTO<br>GUZMAN, and CLASS MEMBERS, |
| 8 |   |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | SUPERIOR COURT OF LOS ANGELES |
| 12 | COUNTY, and its PRESIDING JUDGE, |
| 13 | ERIC TAYLOR, as defendant- class<br>representatives, for all California county |
| 14 | Superior Courts, except Los Angeles County |
| 15 | and San Francisco County, and including the<br>counties of: **Alameda, Alpine, Amador, Butte:** |
| 16 | **Calaveras, Colusa, Contra Costa, Del Norte,** |
| 17 | **El Dorado, Fresno, Glenn, Humboldt,**<br>**Imperial, Inyo, Kern, Lake, Lassen, Madera,** |
| 18 | **Marin, Mariposa, Mendocino, Merced,** |
| 19 | **Modoc, Mono, Monterey, Napa, Nevada,** |
| 20 | **Orange, Placer, Plumas, Riverside,**<br>**Sacramento, San Benito, San Bernardino,** |
| 21 | **San Diego, San Joaquin, San Luis Obispo,** |
| 22 | **San Mateo, Santa Barbara, Santa Clara,** |
| 23 | **Santa Cruz, Shasta, Sierra, Siskiyou, Solano,**<br>**Sonoma, Stanislaus, Sutter, Tehama, Trinity,** |
| 24 | **Tulare, Tuolumne, Ventura, Yolo, and Yuba,** |
| 25 |   |
| 26 | Defendant-Class Representatives. |
| 27 |   |
| 28 |   |