STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiff,
MARK MUNOZ et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MARK MUNOZ, et al., | 2:22-cv-003436-MWF(JEMx) |
|---|---|
| Plaintiff, | NOTICE OF APPEAL (10-11-22) |
| SUPERIOR COURT OF LOS ANGELES COUNTY, et al., | (Injunction Appeal) |
| Defendants. | Judge Michael Walter Fitzgerald |

Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the district court's minute order, Doc. 28, granting defendants' motion to dismiss, Doc. 14, and denying plaintiffs' preliminary injunction motion, Doc. 15, entered on Oct. 7, 2022.

YAGMAN + REICHMANN, LLP
By: ____/s/ Joseph Reichmann____
        **JOSEPH REICHMANN**

By: ____/s/ Stephen Yagman____
        **STEPHEN YAGMAN**

1